| Circuit Court Montgomery County Clarksville Tennessee | **CIVIL SUMMONS** | Case Number CC-25-CV-170 |
|---|---|---|

Dr. Regina Jordan-Sodiq vs. Social Security Office Admin et al

**Serve On:**
Name: Social Security Office Admin    Address: 119 Center Pointe Dr. Clarksville TN 37040

Serve By: _____ Montgomery Co Sheriff's Dept    _____ Secretary of State    _____ Comm of Insurance    _X_ Other (Specify) Certified Return Receipt

You are hereby summoned to defend a civil action filed against you in Circuit Court, Montgomery County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/31/25

Wendy Davis, Clerk / Deputy Clerk

SSA RECEIVED
FEB 1 0 2025
FO 574
CLARKSVILLE, TN

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state case number on list.

## CERTIFICATION (IF APPLICABLE)

I, Wendy Davis, Circuit Court Clerk of Montgomery County, Tennessee, do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Wendy Davis, Clerk / Deputy Clerk

**SERVICE RETURN:** Please execute this summons and make your return within ninety days of issuance as provided by law.

I certify that I have served this summons and complaint as follows: _____

I certify that I was unable to serve the summons and complaint because: _____

Date: _____    By: _____
                                        Officer, Title/Process Server

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Plaintiff's Attorney (or Person Authorized to Serve Process)
_____

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _____ DAY OF _____, 20_____.

Notary Public / Deputy Clerk (Comm. Expires _____)
(Attach return receipt on back)

♿ **ADA – If you have a disability and require assistance, please contact 931-553-5113**

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE
Dr. Regina Jordan-Sodiq, Plaintiff,
v.
State of Tennessee, Fifth Third Bank, Walmart on Wilma Rudolph Boulevard and Self Checkout Employee 02/24/23, Clarksville, TN, United States Postal Service (Post Office) in Clarksville, TN, Social Security Administration Office in Clarksville and Mr. Orlando Menez, Mr. Lywana Dollar, Sam's Club in Clarksville, TN, Clarksville Police Department and Alice Lynn Bryner, Christina Jackson, Danita Brown, Tamara Denise Marshall, Stephen Browne, Amazon.com, Inc., UPS on Wilma Rudolph Boulevard, Clarksville, TN, Kristen Nutt Smith, Kathy Russell, Shoe Carnival Clarksville, TN, Regions Bank of Kingsport, TN and its affiliates, Betty J. Johnson, Austin Peay State University, Medical Technologist Program Instructors (2004–2005), Classmates, University of Maryland Global Campus Classmates Adaugo Asouzo, Ahae Woo, Darlese Solorzano, Ernest Ike, Gina Castano, Jennifer Harvey, Kristen Ritter, Melissa Servidio, Olufunke Konigbagbe, PennyMac Loan Services, LLC, Queens City Disposal, Clarksville, TN, Tennova Hospital Clarksville, TN, Centennial Hospital Nashville, TN, Summit TriStar Hospital Clarksville, TN, Houston County Community Hospital Erin, TN, Employees Karen and Amy, Navy Federal Credit Union, Wilma Rudolph, Clarksville, TN; Defendants.
Case No.:

Judge Assigned

Joel Wallace

## COMPLAINT

1. **Introduction**
   1.1 This is a civil action seeking damages and other relief for harassment and covert gang stalking imposed on the Plaintiff by the Defendants.
2. **Parties**
   2.1 Plaintiff, Dr. Regina Jordan-Sodiq, is a resident of 1757 Autumnwood Blvd., Clarksville, Tennessee.
   2.2 Defendant, State of Tennessee, is a governmental entity with its principal office at 312 Rosa L. Parks Avenue, Nashville, TN 37243.
   2.3 Defendant, Fifth Third Bank, is a financial institution with its principal place of business at 38 Fountain Square Plaza, Cincinnati, OH 45263.
   2.4 Defendant, Walmart on Wilma Rudolph Boulevard, is a retail corporation with its principal place of business at 3050 Wilma Rudolph Blvd, Clarksville, TN 37040.
   2.5 Defendant, United States Postal Service (Post Office) in Clarksville, is a federal agency with its principal office at 2011 Wilma Rudolph Blvd, Clarksville, TN 37040.
   2.6 Defendant, Social Security Administration Office in Clarksville, is a federal agency with its principal office at 119 Center Pointe Dr, Clarksville, TN 37040.
   2.7 Defendant, Mr. Orlando Menez, is an employee of the Social Security Administration Office with their principal place of business at 119 Center Pointe Dr, Clarksville, TN 37040.
   2.8 Defendant, Mr. Lywana Dollar, is an employee of the Social Security Administration Office with their principal place of business at 119 Center Pointe Dr, Clarksville, TN 37040.

2.9 Defendant, Sam's Club in Clarksville, is a retail corporation with its principal place of business at 3315 Guthrie Hwy, Clarksville, TN 37040.

2.10 Defendant, Clarksville Police Department, is a governmental entity with its principal office at 135 Commerce St, Clarksville, TN 37040.

2.11 Defendant, Alice Lynn Bryner, is an individual who filed a false police report against the Plaintiff.

2.12 Defendant, Christina Jackson, is an individual who filed a false police report against the Plaintiff.

2.13 Defendant, Danita Brown, is an individual who filed a false police report against the Plaintiff.

2.14 Defendant, Tamara Denise Marshall, is an individual who filed a false police report against the Plaintiff.

2.15 Defendant, Stephen Browne, is an individual who filed a false police report against the Plaintiff.

2.16 Defendant, Amazon.com, Inc., is a corporation with its principal place of business at 410 Terry Ave N, Seattle, WA 98109.

2.17 Defendant, UPS on Wilma Rudolph Boulevard, is a corporation with its principal place of business at 1760 Wilma Rudolph Blvd, Clarksville, TN 37040.

2.18 Defendant, Kristen Nutt Smith, is an employee of UPS with their principal place of business at 1760 Wilma Rudolph Blvd, Clarksville, TN 37040.

2.19 Defendant, Kathy Russell, is an employee of UPS with their principal place of business at 1760 Wilma Rudolph Blvd, Clarksville, TN 37040.

2.20 Defendant, Shoe Carnival in Clarksville, is a retail corporation with its principal place of business at 2825 Wilma Rudolph Blvd, Clarksville, TN 37040.

2.21 Defendant, Regions Bank of Kingsport, TN, is a financial institution with its principal place of business at 420 W Center St, Kingsport, TN 37660.

2.22 Defendant, Betty J. Johnson, is an employee of Regions Bank with their principal place of business at 420 W Center St, Kingsport, TN 37660.

2.23 Defendant, Austin Peay State University, is an educational institution with its principal address at 601 College St, Clarksville, TN 37044.

2.24 Defendant, Medical Technologist Program Instructors (2004–2005) and classmates at Austin Peay State University.

2.25 Defendant, University of Maryland Global Campus with its principal address at 3501 University Blvd East, Adelphi, MD 20783 and classmates, including Adaugo Asouzo, Ahae Woo, Darlese Solorzano, Ernest Ike, Gina Castano, Jennifer Harvey, Kristen Ritter, Melissa Servidio, and Olufunke Konigbagbe.

2.26 Defendant, PennyMac Loan Services, LLC, is a mortgage servicer with its principal place of business at 3043 Townsgate Rd #200, Westlake Village, CA 91361.

2.27 Defendant, Queens City Disposal, is a waste management company with its principal place of business at 831 Power St, Clarksville, TN 37040.

2.28 Defendant, Tennova Hospital in Clarksville, TN, is a healthcare facility with its principal address at 651 Dunlop Ln, Clarksville, TN 37040.

2.29 Defendant, Centennial Hospital in Nashville, TN, is a healthcare facility with its principal address at 2300 Patterson St, Nashville, TN 37203.

2.30 Defendant, Summit TriStar Hospital in Clarksville, TN, is a healthcare facility with its principal address at ~~720 Weatherly Dr, Clarksville, TN 37043.~~ [handwritten: 5655 Frist Blvd Nashville TN 37076]

2.31 Defendant, Houston County Community Hospital in Erin, TN, is a healthcare facility with its principal address at 5001 E Main St, Erin, TN 37061.
2.32 Defendants Karen and Amy are employees of Houston County Community Hospital with their principal place of employment at 5001 E Main St, Erin, TN 37061.
2.33 Defendant, Navy Federal Credit Union, is a financial institution with its principal location in Clarksville, TN, at 2605 Wilma Rudolph Blvd, Clarksville, TN 37040

3. **Jurisdiction and Venue** 3.1. This Court has jurisdiction over this matter pursuant to Tennessee Code Annotated § 16-10-101. 3.2. Venue is proper in this Court because the events giving rise to this action occurred in Montgomery County, Tennessee.
4. **Facts** 4.1. Since 2005 and continuing to the present, the Plaintiff has been subjected to harassment and covert gang stalking by the Defendants. 4.2. The Defendants conspired to engage in a pattern of behavior that constitutes harassment and covert gang stalking without the Plaintiff's consent or due process. 4.3. The Plaintiff alleges that Fifth Third Bank participated in covert harassment as part of the gang stalking. 4.4. As a result of the Defendants' actions, the Plaintiff suffered emotional, financial, and personal harm.
5. **Legal Claims** 5.1. The Defendants' actions constitute a violation of the Plaintiff's rights under Tennessee Code Annotated § 39-17-308 (Harassment) and § 39-17-315 (Stalking). 5.2. The Plaintiff seeks relief for the damages caused by the Defendants' unlawful actions.
6. **Damages** 6.1. The Plaintiff has suffered and continues to suffer emotional distress, financial loss, and other damages as a result of the Defendants' actions.

**Relief Sought:**

**Compensation for Damages**: A generous amount to cover the emotional, financial, and personal harm caused by the harassment. This includes:

1. **Funding to Establish My Apothecary Business**: Financial support to start and operate my apothecary business, including initial setup costs, inventory, marketing, and operational expenses.
2. **A generous amount that will assist me in building:** my Gaia Libra Boutique, Naija Lab Couture businesses, and a Women and Children's Abuse Safe Center, and a Abuse Shelter for Men and Family in both the USA and Nigeria.
3. **Paying Off My House Mortgage**: Full payment of the remaining balance on my house mortgage to alleviate financial stress and provide stability.
4. **Paying Off My Car Note**: Full payment of the remaining balance on my car loan to ensure reliable transportation without financial burden.
5. **Paying Off My Credit Card Debt**: Full payment of all outstanding credit card debt to relieve financial pressure and improve my credit score.
6. **Purchasing Acres of Farmland with a Lake or Pond in Tennessee**: Acquisition of farmland with a lake or pond, providing a serene and productive environment for my agricultural endeavors. This includes:
    - **Log House Built to My Design**: Construction of a custom log house on the farmland, designed to my specifications for comfort and functionality.

7. **Setting Up an Aquaponic System and Greenhouse**: Installation of an aquaponic system and greenhouse to cultivate herbs and flowers, ensuring a sustainable and efficient method of production.
8. **Providing Farm Produce and Animals**: Procurement of farm produce and animals, to be determined based on the needs of the farm, to support a diverse and thriving agricultural operation.
9. **Building a Barn and All Necessary Farm Equipment**: Construction of a barn and acquisition of all essential farm equipment, including wells and irrigation systems, to support the farming activities and ensure efficient water management.
10. **Constructing a Building for Employees**: Building a facility for employees, designed to my specifications, to provide a comfortable and functional workspace for those working on the farm
11. **Formal Public Apology**: A formal public apology from the individuals and businesses involved in the harassment.
12. **Reimbursement for Legal Fees**: Compensation for any legal fees incurred while seeking resolution for this matter.
13. **Credit Repair**: Assistance in repairing any damage to my credit score resulting from the harassment.
14. **Financial Counseling**: Access to financial counseling services to help rebuild and manage my finances effectively.
15. **Mental Health Support**: Provision of mental health support services, such as therapy or counseling, to address the emotional and psychological impact of the harassment.
16. **Public Awareness Campaign**: Funding for a public awareness campaign to educate others about the risks and consequences of community gang-stalking.
17. **Start-up Salaries for Employees**: Provision of startup salaries for employees over a period of 5 years to support my efforts in establishing a new business. The recommended salary ranges for various positions will be provided upon request.

**b. Injunction relief to prevent further harassment and stalking. C. Any other relief the Court deem just and proper.**

4. **Conclusion 8.1.** The Plaintiff respectfully requests that this Court grant the relief sought and any other relief the Court deems just and proper.

Dated: 1/31/25

Respectfully submitted,

Dr. Regina Jordan-Sodiq, 1757 Autumnwood Blvd. Clarksville, TN 37042 G4818@yahoo.com
(931) 561-2546