IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. REGINA JORDAN-SODIQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:25-cv-00288 |
| v. ) | |
| ) | Judge Eli J. Richardson |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Cole W. Schott of Sims|Funk, PLC hereby enters his appearance as counsel of record for Defendants HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center, and HCA Health Services of Tennessee, Inc. d/b/a TriStar Summit Medical Center, in the above-captioned matter.

Respectfully submitted,

*/s/ Cole W. Schott*
Cole W. Schott (#040467)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
cschott@simsfunk.com

*Attorney for "HCA Defendants"*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via email in Adobe PDF format pursuant to Fed. R. Civ. P. 5 this 21st day of March, 2025, upon the following:

Dr. Regina Jordan-Sodiq
1757 Autumnwood Blvd.
Clarksville, TN 37042
G4818@yahoo.com

*Plaintiff pro se*

Kimberly S. Veirs
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
FOR THE MIDDLE DISTRICT OF TENNESSEE
719 Church St., Suite 3300
Nashville, TN 37203
kimberly.veirs@usdoj.gov

*Attorney for Social Security Administration
and the United States Postal Service ("USA Defendants")*

/s/ Cole W. Schott

4911-2788-4076, v. 1