# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. REGINA JORDAN-SODIQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-00288 |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, *et al.*, ) | Judge Eli J. Richardson |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT PENNYMAC LOAN SERVICES, LLC

Notice is hereby given that Noah J. Mason of the law firm of TROUTMAN PEPPER LOCKE LLP has entered his appearance as the counsel of record for Defendant Pennymac Loan Services, LLC with regard to all matters in the above-captioned action. All filings and communications concerning this matter should be directed to Mr. Mason as follows:

> Noah J. Mason
> **TROUTMAN PEPPER LOCKE LLP**
> 600 Peachtree Street NE, Suite 3000
> Atlanta, Georgia 30308
> Tel: 404-870-4655
> Fax: 404-806-5679
> *Noah.mason@troutman.com*

*SIGNATURE ON FOLLOWING PAGE*

Dated: March 24, 2025

                              **TROUTMAN PEPPER LOCKE LLP**

                              <u>/s/ Noah J. Mason</u>
                              Noah J. Mason, BPR #034341
                              600 Peachtree Street NE, Suite 300
                              Atlanta, GA 30305
                              (404) 870-4655
                              (404) 806-5679 Facsimile
                              *noah.mason@troutman.com*

                              *Attorney for Defendant Pennymac Loan Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT PENNYMAC LOAN SERVICES, INC.** with the Clerk of Court of the United States District Court for the Middle District of Tennessee, Nashville Division, via their ECF e-filing System, which will provide notice of this filing to all counsel of record, and/or via e-mail or U.S. Mail to the following:

Dr. Regina Jordan-Sodiq, *pro se*
1757 Autumnwood Boulevard
Clarksville, Tennessee 37042
g4818@yahoo.com
*Plaintiff*

W. Scott Sims
Cole W. Schott
SIMS FUNK, PLC
3102 West End Avenue, Suite 1100
Nashville, Tennessee 37203
ssims@simsfunk.com
cschott@simsfunk.com
*Attorney for Defendants HCA Health Services*
*Tennessee, Inc. d/b/a TriStar Centennial*
*Medical Center and HCA Health Services of*
*Tennessee, Inc. d/b/a TriStar Summit Medical Center*

Kimberly S. Veirs
UNITES STATES ATTORNEY'S OFFICE
FOR THE MIDDLE DISTRICT OF TENNESSEE
719 Church Street, Suite 3300
Nashville, Tennessee 37203
kimberly.veirs@usdoj.com
*Attorney for Defendants Social Security Administration and the*
*United States Postal Service*

/s/ Noah J. Mason
Noah J. Mason, BPR #034341

*Attorney for Defendant Pennymac Loan Services, Inc.*