# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. REGINA JORDAN/SODIQ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:25-cv-00288 |
| SOCIAL SECURITY ADMINISTRATION, et al., | ) Judge Eli J. Richardson |
| Defendant. | ) |

## NOTICE OF APPEARANCE FOR DEFENDANT REGIONS BANK

PLEASE TAKE NOTICE that John H. Dollarhide and Bo Murphy of the law firm of Butler Snow LLP hereby enter their appearance as counsel in this action for Defendant Regions Bank ("Regions").

Respectfully submitted,

*/s/ Bo Murphy*
John H. Dollarhide (BPR #40041)
Bo Murphy (BPR #34367)
Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
(615) 651-6700
John.dollarhide@butlersnow.com
Bo.murphy@butlersnow.com

*Attorneys for Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, a true and correct copy of the foregoing has been served via the CM/ECF system upon all counsel of record.

*/s/ Bo Murphy*
Bo Murphy