UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. REGINA JORDAN-SODIQ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:25-CV-00288 |
| | ) | District Judge Eli Richardson |
| | ) | Jury Demand |
| STATE OF TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Jason W. Callen, of K&L Gates LLP, 501 Commerce Street, Suite 1500, Nashville, Tennessee 37203, hereby enters his appearance as counsel for Defendant, Amazon.com, Inc.

Respectfully submitted,

/s/ Jason W. Callen
Jason W. Callen (#026225)
Jason.callen@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6729
(615) 780-6799

*Counsel for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served via U.S. Mail, first-class postage prepaid, this March 25, 2025 on the following:

Dr. Regina Jordan-Sodiq
1757 Autumnwood Blvd.
Clarksville, TN 37042
G4818@yahoo.com

/s/ Jason W. Callen