Amended

FILED 2025 APR 14 PM 12:28
FILED 2025 APR 15 AM 11:__
U.S. DISTRICT COURT
MIDDLE DISTRICT OF T__

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regina Jordan-Sadiq
Plaintiff(s),

v.

PennyMac Loan Service LLC
Defendant(s).

Case Number: 3:25-CV-00288 / CC-25-CV-170
Judge: Eli Richardson
Jury Demand
Magistrate Judge: _____

**Plaintiff Motion For Expedited Hearing**
(Type of Pleading)

Comes Now, the Plaintiff, Dr. Regina Jordan-Sadiq pro se, and respectfully submits this Motion for Expedited Hearing pursuant to Tennessee Rule of Civil Procedure 7.02, local court rules governing motions, and applicable statues. Plaintiff request this Honorable court to schedule an expedited hearing based on the following grounds: See exhibit A "Plaintiff Motion For Expedited Hearing" Case No. CC-25-CV-170, dated April 4, 2025 stamped by the clerk for Circuit Court Montgomery County, Tennessee.

1. Financial Hardships: Plaintiff relies Solely on fixed-income sources including Veteran Disability Benefits and Social Security Disability.

Defendants alleged predatory lending practices have caused Plaintiff's monthly mortgage payments to rise from approximately $1100 to $2,751.47, imposing an undue financial burden that threatens Plaintiff's ability to meet essential living expenses.

2. Irreparable Harm: Without immediate judicial intervention, Plaintiff faces irreparable harm, as the increased financial obligations jeopardized Plaintiff's ability to maintain housing stability and meet basic needs.

3. Predatory Lending Practices: Defendants restructuring of Plaintiff's mortgage under the Covid-19 deferral program has resulted in disproportionate financial obligations exacerbating Plaintiff financial hardships and creating conditions that Plaintiff contends constitute predatory lending.

4. Preventing Further Harm: Plaintiff is pursuing claims of predatory lending against Defendant in Federal Court. An expedited hearing is necessary to address the immediate financial harm caused by Defendants practices and to provide Relief from escalating financial distress

_(Signature)_

Regina Jordan-Sadiq
(Print Name)

1757 Autumnwood Blvd
Clarksville TN
37042
(Address & Telephone Number, if any)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Plaintiff Motion for Expedited Hearing Penymar has been served on:

(Name) Kimberly S. Veirs
(Address) 219 Church Street
(Address) Suite 3300, Nashville TN 37203

(Name) Catherine R. Rogers
(Address) Bass & Freeman, LLP
(Address) 222 Second Ave South, Suite 2000
Nashville TN 37201

(Name) Stanley Mitchell Ross
(Address) 308 S. 2nd St
(Address) Clarksville TN 37040

(Name) Jason W. Callen
(Address) K&L Gates LLP
(Address) 501 Commerce Street
Suite 1500, Nashville TN 37203

(Name) Tracey P. Knight
(Address) 308 S. 2nd Street
(Address) Clarksville TN 37040

(Name) D. Christopher Murphy
(Address) Butler Snow LLP, Nashville Building
(Address) 1320 Adams St, Suite 1400
Nashville TN 37208

(Name) Noah Jordan Mason
(Address) 600 Peachtree Street, NE, Suite 3000
(Address) Atlanta GA 30308

(Name) John H Dollarhide
(Address) Butler Snow LLP
(Address) 150 3rd Avenue South Suite 1600
Nashville TN 37201

(Name) Cole William Schott
(Address) 3102 West End Ave, Suite 1100
(Address) Nashville TN 37203

on the _____ day of _____ 20___.

Continue—

Signature

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Plaintiff Motion for Expedited Hearing Penny Moe
has been served on:

(Name) W. Scott Sims
(Address) 3102 West End Avenue, Suite 1100
(Address) Nashville TN 37203

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the 14th/15th day of April 20 25

Signature

*Exhibit A*

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE

Dr. Regina Jordan-Sodiq, Plaintiff v. PennyMac Loan Services, LLC, Defendant

Case No. CC-25-CV-170

### PLAINTIFF'S MOTION FOR EXPEDITED HEARING

**COMES NOW** the Plaintiff, Dr. Regina Jordan-Sodiq, **pro se**, and respectfully submits this Motion for Expedited Hearing pursuant to **Tennessee Rule of Civil Procedure 7.02**, local court rules governing motions, and applicable statutes. Plaintiff requests this Honorable Court to schedule an expedited hearing based on the following grounds:

1. **Financial Hardships**: Plaintiff relies solely on fixed-income sources, including Veteran Disability Benefits and Social Security Disability. Defendant's alleged predatory lending practices have caused Plaintiff's monthly mortgage payments to rise from approximately $1,100 to $2,751.47, imposing an undue financial burden that threatens Plaintiff's ability to meet essential living expenses.
2. **Irreparable Harm**: Without immediate judicial intervention, Plaintiff faces irreparable harm, as the increased financial obligations jeopardize Plaintiff's ability to maintain housing stability and meet basic needs.
3. **Predatory Lending Practices**: Defendant's restructuring of Plaintiff's mortgage under the COVID-19 deferral program has resulted in disproportionate financial obligations, exacerbating Plaintiff's financial hardships and creating conditions that Plaintiff contends constitute predatory lending.
4. **Preventing Further Harm**: Plaintiff is pursuing claims of predatory lending against Defendant in federal court. While awaiting proceedings in the Middle Tennessee District Court, an expedited hearing in this Court is necessary to address the immediate financial harm caused by Defendant's practices and to provide relief from escalating financial distress.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court: A. Grant Plaintiff's Motion for Expedited Hearing; B. Schedule a hearing at the earliest possible date to address Plaintiff's claims of predatory lending and financial hardships and/or irreparable harm; C. Provide interim relief to reduce Plaintiff's monthly mortgage payments; and D. Grant any other relief this Court deems just and proper under the circumstances.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion for Expedited Hearing** has been served upon the following party:

1. **CT Corporation System** Registered Agent for PennyMac Loan Services, LLC 300 Montvue Road Knoxville, TN 37919-5510

2. **Noah J. Mason, Esq.** Troutman Pepper Hamilton Sanders LLP 600 Peachtree Street NE, Suite 3000 Atlanta, GA 30308

Service was completed via U.S. Mail, certified mail, confirmation receipt on this **4th day of April 2025**.

Respectfully submitted,

*[signature]*

Dr. Regina Jordan-Sodiq Pro Se Plaintiff
1757 Autumnwood Blvd Clarksville, TN 37042
G4818@yahoo.com; (931) 561-2546