# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED 2025 APR 17 PM 3:59
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Dr. Regina Jordan-Sodiq
Plaintiff(s),

v.

State of TN, et al, Defendants
Defendant(s),
and Fifth Third Bank Defendant

Case Number: 3:25-CV-00288
Judge: Judge Eli Richardson
Magistrate Judge: _____

**Response to Defendant Fifth Bank Motion to Dismiss**
(Type of Pleading)

Exhibits April 15th 2025 A-H
Exhibit B email to Attorney Katherine Roger

_[signature]_
(Signature)

Regint Jerdan-Jedy
(Print Name)

_____
_____
_____
(Address & Telephone Number, if any)

District Nashville Summons Exhibit 2A



Exhibit B



Exhibit C





Exhibit D





Exhibit E



Exhibit F



Exhibit A



Exhibit H



Summons and Plaintiff Response to Fifth Third Bank Motion to Dismiss
From: regina jordan (g4818@yahoo.com)
To: krogers@burr.com
Date: Thursday, April 17, 2025 at 04:56 AM CDT

# Message Body

To: Katherine R. Rogers

I am attaching the Summons Civil Action No. 3:25-CV-00288 and the Plaintiff Response to Fifth Third Bank Motion to Dismiss.

Dr. Regina Jordan-Sodiq, Pro se



Response to Fifth Third Bank 19.jpg
47.9kB



Response to Fifth third Bank 18.jpg
45.7kB



Response to Fifth Third Bank 17.jpg
39.7kB



Response to Fifth Third Bank 16.jpg
47.3kB



Response to Fifth Third Bank 15.jpg
125.7kB



Response to Fifth Third Bank 14.jpg
64.7kB



Response to Fifth Third Bank 13.jpg
131.1kB



Response to Fifth third Bank 12.jpg
82.6kB



Re: Summons and Plaintiff Response to Fifth Third Bank Motion to Dismiss
From:regina jordan (g4818@yahoo.com)
To:krogers@burr.com
Date:Thursday, April 17, 2025 at 04:57 AM CDT

# Message Body

On Thursday, April 17, 2025 at 04:56:59 AM CDT, regina jordan <g4818@yahoo.com> wrote:

To: Katherine R. Rogers

I am attaching the Summons Civil Action No. 3:25-CV-00288 and the Plaintiff Response to Fifth Third Bank Motion to Dismiss.

Dr. Regina Jordan-Sodiq, Pro se



- USPS confirmation receipt Corporation Service Company.jpg
  122.2kB

Response to Fifth Third Bank 11.jpg
113.9kB



Response to Fifth third Bank 10.jpg
57.4kB



Response to Fifth Third Bank 9.jpg
109.5kB



Response to Fifth Third Bank 8.jpg
116.3kB



Response to Fifth Third Bank 7.jpg
82kB



Response to Fifth Third Bank 6.jpg
117.4kB



Response to Fifth Third Bank 5.jpg
120.1kB



Response to Fifth Third Bank 4.jpg
119.6kB



Response to Fifth Third Bank 3.jpg
78kB



Response to Fifth Third Bank 2.jpg
105kB



Summons and Response to Fifth Third Bank.jpg
84.2kB

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Dr. Regina Jordan-Sodiq | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25-CV-00288 Judge Eli Richardson |
| State of Tennessee, et.al., Defendants and Fifth Third Bank Defendant | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corporation Service Company (Registered Agent)
~~Fifth Third Bank~~
~~10200 David Taylor Drive~~ 360 Montvue Road
~~Suite 200~~ Knoxville TN 37919
~~Nashville, TN 37212~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 5 2025

*Signature of Clerk or Deputy Clerk*

## RETURN COPY

Civil Action No. 3:25-CV-00288

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed both the Attorney and Registered Agent USPS confirmation receipt and email

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/16/25

Server's signature: Dr. Doh Sadiq

Printed name and title: Dr. Regine Jordan-Sadiq

Server's address: _____

Additional information regarding attempted service, etc: