IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2025 APR 17 PM 4:00
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Dr. Regina Jordan-Sadiq
Plaintiff(s),

Case Number 3:25-cv-00288

v.

Judge Judge Eli Richardson

State of Tennessee et al,
Defendant(s) Services
and Penny Mac Loans LLC

Magistrate Judge _____

Response to Defendant PennyMac Motion to Dismiss
(Type of Pleading)

Exhibit A - email to Attorney Noah J Mason
Exhibit B I USPS Confirmation Receipts mailed to Defendants listed

_(Signature)_ Dr R J Sodiq

Dr Regina Jordan-Sodiq
(Print Name)

_____
_____
_____
(Address & Telephone Number, if any)

Summons and Response to Pennymac Motion to Dismiss
From:regina jordan (g4818@yahoo.com)
To:noah.mason@troutman.com
Date:Thursday, April 17, 2025 at 12:45 AM CDT

*Exhibit A*

## Message Body

To: Noah J Mason

I am attaching the Summons Civil Action No. 3:25-cv-00288 and Plaintiff's Response Opposing Defendant's Second Motion to Dismiss.

Dr. Regina Jordan-Sodiq, Pro Se


Response to Pennymac 5.jpg
106.3kB


Response to Pennymac 4.jpg
119.6kB


Response to Pennymac 3.jpg
106kB


Response to Pennymac 2.jpg
112.7kB


Summons and Response to Pennymac Motion to Dismiss.jpg
88.1kB


Response to Pennymac 12.jpg
69.9kB


Response to Pennymac 11.jpg
116.9kB


Response to Pennymac 10.jpg
110.3kB



Summons and Response to Pennymac Motion to Dismiss
From: regina jordan (g4818@yahoo.com)
To: noah.mason@troutman.com
Date: Thursday, April 17, 2025 at 12:45 AM CDT

# Message Body

To: Noah J Mason

I am attaching the Summons Civil Action No. 3:25-cv-00288 and Plaintiff's Response Opposing Defendant's Second Motion to Dismiss.

Dr. Regina Jordan-Sodiq, Pro Se



Response to Pennymac 5.jpg
106.3kB



Response to Pennymac 4.jpg
119.6kB



Response to Pennymac 3.jpg
106kB



Response to Pennymac 2.jpg
112.7kB



Summons and Response to Pennymac Motion to Dismiss.jpg
88.1kB



Response to Pennymac 12.jpg
69.9kB



Response to Pennymac 11.jpg
116.9kB



Response to Pennymac 10.jpg
110.3kB



## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5491 01

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From:  REGINA JORDAN-SODIQ
       1757 AUTUMNWOOD BLVD
       CLARKSVILLE TN 37042-1713

To:    KRISTEN RITTER
       3501 UNIVERSITY BLVD E
       ADELPHI MD 20783-7998

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

*[signature]*

---

Cut on dotted line.

---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

9410 8301 0935 5002 5500 39

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From:  REGINA JORDAN-SODIQ
       1757 AUTUMNWOOD BLVD
       CLARKSVILLE TN 37042-1713

To:    SOCIAL SECURITY OFFICE
       LYWANA DOLLAR
       119 CENTER POINTE DR
       CLARKSVILLE TN 37040-8424

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5491 01

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To:
KRISTEN RITTER
3501 UNIVERSITY BLVD E
ADELPHI MD 20783-7998

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit C*

---

Cut on dotted line.

---

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

9410 8301 0935 5002 5500 39

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To:
SOCIAL SECURITY OFFICE
LYWANA DOLLAR
119 CENTER POINTE DR
CLARKSVILLE TN 37040-8424

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5497 12

| | | | |
|---|---|---|---|
| Print Date: 2025-02-14 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: UNIVERSITY MARYLAND GLOBAL CAMPUS
ORLANDO MENEZ
119 CENTER POINTE DR
CLARKSVILLE TN 37040-8424

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit D*

Cut on dotted line.

---

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5494 15

| | | | |
|---|---|---|---|
| Print Date: 2025-02-14 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: UNIVERSITY MARYLAND GLOBAL CAMPUS
JENNIFER HARVEY
3501 UNIVERSITY BLVD E
ADELPHI MD 20783-7998

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

```
9410 8301 0935 5002 5497 12
```

| | | | |
|---|---|---|---|
| Print Date: 2025-02-14 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: UNIVERSITY MARYLAND GLOBAL CAMPUS
ORLANDO MENEZ
119 CENTER POINTE DR
CLARKSVILLE TN 37040-8424

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit 2*

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

```
9410 8301 0935 5002 5494 15
```

| | | | |
|---|---|---|---|
| Print Date: 2025-02-14 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: UNIVERSITY MARYLAND GLOBAL CAMPUS
JENNIFER HARVEY
3501 UNIVERSITY BLVD E
ADELPHI MD 20783-7998

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5268 81

| | | | |
|---|---|---|---|
| Print Date: 2025-02-12 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-12 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To:
TAMARA DENISE MARSHALL
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit F*

--- Cut on dotted line. ---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5270 31

| | | | |
|---|---|---|---|
| Print Date: 2025-02-12 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-12 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To:
STEPHEN BROWNE
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5268 81

| | | |
|---|---|---|
| Print Date: 2025-02-12 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-12 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

**From:** REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

**To:** TAMARA DENISE MARSHALL
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit G*

Cut on dotted line.

---

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5270 31

| | | |
|---|---|---|
| Print Date: 2025-02-12 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-12 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

**From:** REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

**To:** STEPHEN BROWNE
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5510 29

| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: CLARKSVILLE POLICE STATION
DANITA BROWNE
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com*

Exhibit 15

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

9410 8301 0935 5002 5505 65

| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: CLARKSVILLE POLICE STATION
CHRISTINA JACKSON
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com*

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

9410 8301 0935 5002 5510 29

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: CLARKSVILLE POLICE STATION
DANITA BROWNE
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

*Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Exhibit I

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

9410 8301 0935 5002 5505 65

| | | |
|---|---|---|
| Print Date: 2025-02-14 | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-02-14 | Extra Services: | $3.70 |
| | Fees: | $0.00 |
| | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: CLARKSVILLE POLICE STATION
CHRISTINA JACKSON
135 COMMERCE ST
CLARKSVILLE TN 37040-5100

*Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee at N

| | |
|---|---|
| Dr. Regina Jordan-Sodiq, <br><br> *Plaintiff(s)* <br> v. <br> Social Security Administration, et.al., and Regions Bank <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00288 Judge Eli Richardson |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corporations Service Company (Registered Agent)
Regions Bank
2908 Poston Ave.
Nashville, Tennessee 37203-1312


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 14 2025

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:25-cv-00288 Judge Eli Richardson

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed USPS confirmation receipt and emailed both Attorney and Registered Agent

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/16/25

*Server's signature:* D. D. Sodiq

*Printed name and title:* Regina Jordan-Sodiq

*Server's address:* _____

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee at N

| | |
|---|---|
| Dr. Regina Jordan-Sodiq, <br><br> *Plaintiff(s)* <br> v. <br> State of Tennessee, et.al., and Pennymac Loan Services, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00288 Judge Eli Richardson |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CT Corporation System (Registered Agent)
Pennymac Loan Services
300 Montvue RD
Knoxville TN 37919-5510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 14 2025

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Case 3:25-cv-00288   Document 49   Filed 04/17/25   Page 15 of 16 PageID #: 284

Civil Action No. 3:25-cv-00288 Judge Eli Richardson

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed USPS confirmation receipt to both Registered Agent and Attorney

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/16/25

_____
*Server's signature*

Reginae Jordan-Sodiq
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: