IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regine Jordan-Sadiq
    Plaintiff(s),

v.

State of TN, et. al, and
    Defendant(s).
Navy Federal Credit Union

Case Number 3:25-CV-00288

Judge Judge Eli Richardson

Magistrate Judge _____

(Type of Pleading) Response to Defendant Navy Federal Credit Union Motion to Dismiss

① Exhibit E USPS confirmation receipt to Registered Agent and Attorney

② Exhibit F Summons to Navy Federal CC-25-CV-170

③ Exhibit D #1-#2 USPS Postal receipts to All Defendents listed on the receipts

④ Exhibit D My Navy Federal Bank Statement showing my Name and membership

⑤ Exhibit C Navy Federal Brochure with "Mr. Joshua Graves" listed on my home address

⑥ Exhibit A Response to Navy Federal Credit Union motion to Dismiss dated 3/14/25

_(Signature)_

(Print Name) DR Regina Jordan-Sodiq

_____

_____

_____
(Address & Telephone Number, if any)



**NAVY FEDERAL Credit Union**® PO Box 3000
Merrifield, VA 22119-3000

Our Members Are the Mission®

PRSRT STD
U.S. POSTAGE
**PAID**
NAVY FEDERAL
CREDIT UNION

```
*******AUTO**5-DIGIT 37042
A  560157 T2173  P1 59  241602000156725-252113EV01Y
```
Mr Joshua A Graves
1757 Autumnwood Blvd
Clarksville, TN 37042-1713

**Join our credit union.
Scan the QR code[2] to visit**
navyfederal.org/PowerfulBenefits

*Exhibit C*

Exhibit B

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

Dr. Regina Jordan-Sodiq, Plaintiff, v. State of Tennessee, et al., Defendants.

Case No. 3:25-CV-00288 Judge Eli Richardson Jury Demand

**PLAINTIFF'S RESPONSE TO NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS**

**Introduction** Plaintiff, Dr. Regina Jordan-Sodiq, respectfully submits this response opposing Defendant Navy Federal Credit Union's ("Navy") Motion to Dismiss. Plaintiff addresses each of Navy's contentions systematically to demonstrate the sufficiency of her claims, the appropriateness of the court's jurisdiction, and the adequacy of her service of process. Plaintiff further **objects to Navy's request for dismissal with prejudice**, which is unwarranted under both law and equity. Plaintiff respectfully requests this Honorable Court deny Defendant's motion.

## I. Service of Process

Plaintiff asserts that service was properly executed in compliance with **Tenn. R. Civ. P. 4.03(2) and 4.04(4)**. Plaintiff served process to Navy Federal Credit Union's registered agent in Tennessee, The Corporation Service Company, located at ~~2000 West 10th Street, Suite 1000, Knoxville, TN 3791~~7 [handwritten: 265 Brookview Centre Way, Suite 203, Knoxville TN 37919]. Evidence of service, including the signed return receipt and proof of mailing, will be presented to the Court. Defendant's allegations regarding service lack merit and do not justify dismissal under **Rule 12(b)(5)**.

Should this Honorable Court find any procedural deficiencies in service, Plaintiff respectfully requests leave to correct such deficiencies pursuant to **Fed. R. Civ. P. Rule 4(m)**, which permits time to cure errors in service.

## II. Specificity in Claims

Contrary to Navy's assertions, Plaintiff's Complaint provides sufficient factual allegations to state a claim against Navy. The Complaint specifically identifies Navy's role in acts of harassment and covert gang stalking that caused harm to Plaintiff. Plaintiff provides factual specificity, distinguishing Navy's actions from other defendants.

Plaintiff's allegations comply with **Tenn. R. Civ. P. 8.01**, requiring a "short and plain statement of the claim showing that the pleader is entitled to relief." Furthermore, Tennessee courts recognize the need for leniency in construing pro se pleadings to ensure access to justice (Steele v. Bradley, 684 S.W.2d 375, Tenn. App. 1984).

## III. Legal Basis for Claims

Defendant argues that **Tenn. Code Ann. §39-17-308 and §39-17-315** do not provide private rights of action. Plaintiff counters that while these statutes are criminal in nature, the conduct described—harassment and stalking—provides grounds for related civil claims under tort law, such as intentional infliction of emotional distress (IIED) and invasion of privacy. Plaintiff reserves the right to pursue additional claims addressing the harmful and unlawful actions of Navy.

Moreover, Plaintiff notes that Navy's conduct falls under actionable civil claims, and further discovery will substantiate these allegations.

## IV. Conspiracy Allegations

Defendant contends that Plaintiff's conspiracy allegations lack particularity. Plaintiff clarifies that under Tennessee law, a conspiracy claim requires:

1. **Common Design**: An agreement among defendants to engage in harassment and intimidation.
2. **Concerted Actions**: Coordinated activities by Navy and others to achieve unlawful objectives.
3. **Overt Acts**: Specific actions taken in furtherance of the conspiracy, including harassment directed at Plaintiff.
4. **Resulting Injury**: Tangible and emotional harm suffered by Plaintiff as a result of the conspiracy.

Plaintiff's Complaint satisfies these elements. Moreover, pro se litigants are entitled to leniency in pleadings, and Plaintiff seeks discovery to further substantiate these claims.

## V. Response to Request for Dismissal With Prejudice

Defendant's request for dismissal **with prejudice is unjustified.** Dismissal with prejudice is a severe remedy reserved for cases where amendment or correction would be futile. Plaintiff contends her claims are legally and factually viable, and any deficiencies—if found—can be addressed through amendment or clarification.

Plaintiff respectfully requests this Honorable Court deny Defendant's request for dismissal with prejudice and allow Plaintiff to proceed to discovery or grant leave to amend if necessary. **Dismissal without prejudice** would be the appropriate remedy if any corrections are required.

## VI. Requested Relief

Plaintiff's requested relief is directly tied to the damages incurred as a result of Defendant's conduct, including:

- Compensatory damages for financial loss resulting from unauthorized transactions.
- Emotional distress and harm caused by harassment and covert gang stalking.
- Other tangible losses related to Defendant's actions.

Plaintiff respectfully requests this Honorable Court uphold her right to seek appropriate relief for the harm suffered.

**Conclusion** For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court deny Navy Federal Credit Union's Motion to Dismiss, including Defendant's request for dismissal with prejudice, and allow this case to proceed.

**Certificate of Service** I certify that on this 3rd day of April 2025, a true and correct copy of the foregoing Response to Navy Federal Credit Union's Motion to Dismiss was served via[U.S. Mail/Electronic Service confirmation receipt to the following parties:

Katherine R. Rogers Burr & Forman, LLP 222 2nd Avenue South, Suite 2000 Nashville, TN 37201 krogers@burr.com

**Affidavit of Service** I, Dr. Regina Jordan-Sodiq, do hereby affirm that the Complaint and Summons were properly served on Navy Federal Credit Union via their registered agent, The Corporation Service Company, located at ~~2000 West 10th Street, Suite 1000, Knoxville, TN 37917.~~ *[owes]* Supporting documents, including the signed return receipt and proof of mailing, are attached hereto as exhibit A — ADDRESS: 265 Brookview Centre Way, Suite 203 Knoxville TN 37919

Signed: /s/ DR Jordan-Sodiq  Dr. Regina Jordan-Sodiq, Pro se Date:

Respectfully submitted,

Dr. Regina Jordan-Sodiq, Pro se Plaintiff
1757 Autumnwood Blvd., Clarksville, TN 37042

STATE OF TENNESSEE
COUNTY OF MONTGOMERY
SWORN TO AND SUBSCRIBED BEFORE ME THIS 3rd DAY OF April, 20 25
Elizabeth Ghist
NOTARY'S SIGNATURE & SEAL
MY COMMISSION EXPIRES 5/15/2027



ELIZABETH GHIST
STATE OF TENNESSEE
NOTARY PUBLIC
MONTGOMERY COUNTY



Exhibit D



①

**ALAFAYA**
650 N ALAFAYA TRL STE 101
ORLANDO, FL 32828-9997
(800)275-8777

02/06/2025                              11:21 AM

Product            Qty   Unit    Price
                         Price

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37040
    Flat Rate
    Expected Delivery Date
       Fri 02/07/2025
    Tracking #:
       9510 8132 4936 5036 9219 48
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Hermitage, TN 37076
    Flat Rate
    Expected Delivery Date
       Fri 02/07/2025
    Tracking #:
       9510 8132 4936 5036 9219 62
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Hyattsville, MD 20783
    Flat Rate
    Expected Delivery Date
       Fri 02/07/2025
    Tracking #:
       9510 8132 4936 5036 9219 86
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37044
    Flat Rate
    Expected Delivery Date
       Fri 02/07/2025
    Tracking #:
       9510 8132 4936 5036 9220 06
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37040
    Flat Rate
    Expected Delivery Date
       Fri 02/07/2025
    Tracking #:
       9510 8132 4936 5036 9220 20



②

**ALAFAYA**
650 N ALAFAYA TRL STE 101
ORLANDO, FL 32828-9997
(800)275-8777

02/06/2025                              12:33 PM

Product            Qty   Unit    Price
                         Price

Priority Mail®       1            $10.10
Flat Rate Env
    Hyattsville, MD 20783
    Flat Rate
    Expected Delivery Date
       Sat 02/08/2025
    Tracking #:
       9510 8132 4936 5037 0612 70
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37042
    Flat Rate
    Expected Delivery Date
       Sat 02/08/2025
    Tracking #:
       9510 8132 4936 5037 0612 94
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                                .65

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37040
    Flat Rate
    Expected Delivery Date
       Sat 02/08/2025
    Tracking #:
       9510 8132 4936 5037 0613 17
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Clarksville, TN 37040
    Flat Rate
    Expected Delivery Date
       Sat 02/08/2025
    Tracking #:
       9510 8132 4936 5037 0613 31
    Insurance                      $0.00
       Up to $100.00 included
    Signature                      $4.55
    Confirm
Total                             $14.65

Priority Mail®       1            $10.10
Flat Rate Env
    Erin, TN 37061
    Flat Rate
    Expected Delivery Date

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 370[illegible]
Flat Rate
Expected Delivery Date
Fri 02/07/2025
Tracking #:
9510 8132 4936 5036 9220 44
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Kingsport, TN 37660
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 [illegible] 5036 9220 02
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37040
Flat Rate
Expected Delivery Date
Fri 02/07/2025
Tracking #:
9510 8132 4936 5036 9221 05
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Nashville, TN 37243
Flat Rate
Expected Delivery Date
Fri 02/07/2025
Tracking #:
9510 8132 4936 5036 9221 29
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37042
Flat Rate
Expected Delivery Date
Fri 02/07/2025
Tracking #:
9510 8132 4936 5036 9221 67
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37040
Flat Rate
Expected Delivery Date
Fri 02/07/2025
Tracking #:
9510 8132 4936 5036 9221 81
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10

[illegible], TN [illegible]
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0613 79
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Nashville, TN 37203
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0613 93
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37044
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0614 30
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37040
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0614 54
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Seattle, WA 98109
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0614 78
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Priority Mail® 1 $10.10
Flat Rate Env
Clarksville, TN 37040
Flat Rate
Expected Delivery Date
Sat 02/08/2025
Tracking #:
9510 8132 4936 5037 0614 92
Insurance $0.00
Up to $100.00 included
Signature $4.55
Confirm
Total $14.65

Grand Total: $161.15

```
       Tracking #:
           9510 8132 4936 5036 9222 04
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Priority Mail®        1              $10.10
   Flat Rate Env
       Westlake Village, CA 91361
       Flat Rate
       Expected Delivery Date
           Sat 02/08/2025
       Tracking #:
           9510 8132 4936 5036 9222 42
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Priority Mail®        1              $10.10
   Flat Rate Env
       Clarksville, TN 37040
       Flat Rate
       Expected Delivery Date
           Fri 02/07/2025
       Tracking #:
           9510 8132 4936 5036 9222 66
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Priority Mail®        1              $10.10
   Flat Rate Env
       Cincinnati, OH 45202
       Flat Rate
       Expected Delivery Date
           Fri 02/07/2025
       Tracking #:
           9510 8132 4936 5036 9222 80
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Grand Total:                         $219.75

   Debit Card Remit                     $219.75
       Card Name: VISA
       Account #: XXXXXXXXXXXX1576
       Approval #: 412462
       Transaction #: 944
       Receipt #: 100464
       Debit Card Purchase: $219.75
       AID: A0000000980840         Chip
       AL: US DEBIT
       PIN: Verified

       In a hurry? Self-service kiosks offer
        quick and easy check-out. Any Retail
          Associate can show you how.

      Text your tracking number to 28777 (2USPS)
       to get the latest status. Standard Message
        and Data rates may apply. You may also
        visit www.usps.com USPS Tracking or call
                     1-800-222-1811.

          Save this receipt as evidence of
       insurance. For information on filing an
                insurance claim go to
           https://www.usps.com/help/claims.htm
               or call 1-800-222-1811

                  Preview your Mail
                  Track your Packages
                  Sign up for FREE @
```

```
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Priority Mail®        1              $10.10
   Flat Rate Env
       Seattle, WA 98109
       Flat Rate
       Expected Delivery Date
           Sat 02/08/2025
       Tracking #:
           9510 8132 4936 5037 0614 78
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Priority Mail®        1              $10.10
   Flat Rate Env
       Clarksville, TN 37040
       Flat Rate
       Expected Delivery Date
           Sat 02/08/2025
       Tracking #:
           9510 8132 4936 5037 0614 92
       Insurance                          $0.00
           Up to $100.00 included
       Signature                          $4.55
       Confirm
   Total                                 $14.65

   Grand Total:                         $161.15

   Debit Card Remit                     $161.15
       Card Name: VISA
       Account #: XXXXXXXXXXXX1576
       Approval #: S62181
       Transaction #: 175
       Receipt #: 100683
       Debit Card Purchase: $161.15
       AID: A0000000980840         Chip
       AL: US DEBIT
       PIN: Verified

       In a hurry? Self-service kiosks offer
        quick and easy check-out. Any Retail
          Associate can show you how.

      Text your tracking number to 28777 (2USPS)
       to get the latest status. Standard Message
        and Data rates may apply. You may also
        visit www.usps.com USPS Tracking or call
                     1-800-222-1811.

          Save this receipt as evidence of
       insurance. For information on filing an
                insurance claim go to
           https://www.usps.com/help/claims.htm
               or call 1-800-222-1811

                  Preview your Mail
                  Track your Packages
                  Sign up for FREE @
            https://informeddelivery.usps.com

         All sales final on stamps and postage.
         Refunds for guaranteed services only.
             Thank you for your business.

             Tell us about your experience.
         Go to: https://postalexperience.com/Pos
         or scan this code with your mobile device.
```

```
                    Insurance
                        Up to $100.00 included    $4.55
                    Signature
                    Confirm                       $14.65
            Total
                                                  $10.10
            Priority Mail®
            Flat Rate Env
                Cincinnati, OH 45202
                Flat Rate
                Expected Delivery Date
                    Fri 02/07/2025
                Tracking #:
                    9510 8132 4538 5010 5222 80    $0.00
                Insurance
                    Up to $100.00 included         $4.55
                Signature
                Confirm                            $14.65
            Total
                                                  $219.75
            Grand Total:
                                                  $219.75
            Debit Card Remit
                Card Name: VISA
                Account #: XXXXXXXXXXXX1576
                Approval #: 41462
                Transaction #: 941
                Receipt #: 100464
                Debit Card Purchase: $219.75
                AID: A0000000980840              Chip
                AL: US DEBIT
                PIN Verified


            In a hurry? Self-service kiosks offer
              quick and easy check out. Any Retail
                Associate can show you how.

            Text your tracking number to 28777 (2USPS)
              to get the latest status. Standard Message
                and Data rates may apply. You may also
              visit www.usps.com USPS Tracking or call
                            1-800-222-1811.

                Save this receipt as evidence of
              insurance. For information on filing an
                    insurance claim go to
              https://www.usps.com/help/claims.htm
                      or call 1-800-222-1811

                        Preview your Mail
                        Track your Packages
                         Sign up for FREE @
                    https://informeddelivery.usps.com

              All sales final on stamps and postage.
              Refunds for guaranteed services only.
                    Thank you for your business.

                  Tell us about your experience.
                Go to: https://postalexperience.com/Pos
                or scan this code with your mobile device.

                              [QR code]

                        or call 1-800-410-7420.



                    UFN: 110944-0875
                    Receipt #: 840-53270061-3-11753646-2
                    Clerk: 07
```

| Circuit Court Montgomery County Clarksville Tennessee | **CIVIL SUMMONS** | Case Number CC-25-CV-170 |
|---|---|---|

Dr. Rainn Jordan-Sidqe vs. Navy Federal Credit Union et al

Serve On:
Name: Navy Federal Credit Union  Address: 2605 Wilma Rudolph Blvd Clarksville TN 37040

Serve By: ___ Montgomery Co Sheriff's Dept  ___ Secretary of State  ___ Comm of Insurance  X Other (Specify) Certified return receipt

You are hereby summoned to defend a civil action filed against you in Circuit Court, Montgomery County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 1/31/25

_(signature)_ Wendy Davis, Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state case number on list.

## CERTIFICATION (IF APPLICABLE)

I, Wendy Davis, Circuit Court Clerk of Montgomery County, Tennessee, do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
Wendy Davis, Clerk / Deputy Clerk

**SERVICE RETURN:** Please execute this summons and make your return within ninety days of issuance as provided by law.

I certify that I have served this summons and complaint as follows: _____

I certify that I was unable to serve the summons and complaint because: _____

Date: _____  By: _____
Officer, Title/Process Server

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on 2/5 - 2/6 - 2025, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant Navy Federal Credit On 3-11-25 I received the return receipt, which had been signed by as per Motion to Dismiss. The return receipt is attached to this original summons to be filed by the Court Clerk.

_(signature)_ Dr. Jordan Pro Se
Plaintiff's Attorney (or Person Authorized to Serve Process)

SWORN TO AND SUBSCRIBED BEFORE ME
THIS ___ DAY OF _____, 20___
Notary Public / Deputy Clerk (Comm. Expires _____)
(Attach return receipt on back)



ADA – If you have a disability and require assistance, please contact 931-553-5113

Exhibit F

Rev. 2/21



Exhibit E

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

①

| 9410 8301 0935 5003 3651 51 | | | |
|---|---|---|---|
| Print Date: 2025-04-02 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-04-02 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: BURR & FORMAN, LLP
KATHERINE R ROGERS
STE 2000
222 2ND AVE S
NASHVILLE TN 37201-2385

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

Cut on dotted line. ②

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

| 9410 8301 0935 5003 0010 04 | | | |
|---|---|---|---|
| Print Date: 2025-03-13 | | PRIORITY MAIL® | $8.75 |
| Ship Date: 2025-03-13 | | Extra Services: | $3.70 |
| | | Fees: | $0.00 |
| | | Total: | $12.45 |

From: REGINA JORDAN-SODIQ
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

To: C/O KATHERINE R. ROGERS BURR & FORMAN LL
ANGELA BEASELY
STE 2000
222 2ND AVE S
NASHVILLE TN 37201-2385

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com

*Exhibit A*

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE

DR. REGINA JORDAN-SODIQ, Plaintiff, v. STATE OF TENNESSEE, et al., Defendants.
Case No.: CC-25-CV-170

### PLAINTIFF'S RESPONSE TO DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION TO DISMISS

**Introduction**

Dr. Regina Jordan-Sodiq (*"Plaintiff"*) respectfully submits this response opposing Defendant Navy Federal Credit Union's (*"Navy"*) Motion to Dismiss. Plaintiff asserts that Defendant's motion lacks merit and fails to meet the standards required for dismissal under the Tennessee Rules of Civil Procedure. Plaintiff's Complaint provides sufficient legal and factual grounds to proceed. Therefore, Plaintiff respectfully requests this Honorable Court deny Defendant's motion.

**Factual Background**

From 2023 to the present, Plaintiff has experienced a series of harmful and distressing actions connected to Defendant Navy Federal Credit Union and its employees, including:

1. **Unauthorized Transactions:** Plaintiff discovered repeated unauthorized withdrawals from her account. Despite promptly notifying Navy, Defendant failed to prevent further unauthorized charges, resulting in significant financial losses and forcing Plaintiff to close her credit card to safeguard her finances.
2. **Harassment at the Bank:** During an in-person visit to address unauthorized transactions, Navy employees behaved inappropriately. One employee discussed "pulling weeds" with another customer, an apparent mocking reference made in Plaintiff's presence after Plaintiff requested a manager. This created a hostile and uncomfortable environment.
3. **Community Harassment and Retaliatory Actions:** On March 11, 2025, Plaintiff observed teenagers distributing brochures in her neighborhood. One such brochure, handed to Plaintiff's son, contained imagery resembling a personal self-help book Plaintiff was developing. The brochure included the caption "weed man for the win," which Plaintiff believes was a deliberate attempt to mock her. Notably, the timing coincided with Defendant filing their Motion to Dismiss, suggesting a coordinated effort to intimidate Plaintiff.
4. **Condescending and Dismissive Conduct:** Plaintiff experienced dismissive remarks from Navy employees while addressing her concerns, further exacerbating emotional distress and reinforcing a hostile pattern of behavior.

These incidents have caused significant emotional distress, financial harm, and reputational damage to Plaintiff. Plaintiff contends that these actions are part of a broader pattern of harassment designed to intimidate and discredit her.

## I. Plaintiff's Complaint Satisfies Rule 8.01 Requirements

Plaintiff's Complaint complies with Tennessee Rule of Civil Procedure 8.01, requiring a *"short and plain statement of the claim showing that the pleader is entitlement to relief."*

- The Complaint specifically identifies Defendant Navy as responsible for Plaintiff's harm.
- Tennessee courts recognize the need for leniency in construing pro se litigants' pleadings to ensure access to justice (*Steele v. Bradley*, 684 S.W.2d 375, Tenn. App. 1984).
- Plaintiff's allegations provide sufficient notice, with further details to emerge during discovery.

## II. Plaintiff's Allegations Address Statutory Violations

Defendant mistakenly argues that Plaintiff's reliance on criminal statutes (e.g., **T.C.A. §39-17-308** *harassment* **and §39-17-315** *stalking*) is improper. While these statutes are criminal in nature:

1. Plaintiff describes behavior consistent with statutory violations, evidencing intentional and harmful conduct.
2. Plaintiff reserves the right to pursue related civil or federal claims addressing these wrongful actions.

Tennessee courts permit broad discretion in interpreting pro se litigants, warranting discovery to substantiate Plaintiff's allegations. Plaintiff respectfully requests the opportunity to amend the Complaint if necessary to ensure justice is served.

## III. Plaintiff's Conspiracy Allegations are Well-Pleaded

Defendant claims Plaintiff's conspiracy allegations lack particularity. However, under Tennessee law, a conspiracy claim requires:

1. A common design between parties.
2. Concerted actions to achieve an unlawful goal or lawful goal through unlawful means.
3. An overt act in furtherance of the conspiracy.
4. Resulting injury to Plaintiff (*Kincaid v. SouthTrust Bank*, 221 S.W.3d 32, Tenn. Ct. App. 2006).

Plaintiff asserts coordinated efforts by Defendant and others to harass and deny Plaintiff due process. The allegations meet pleading standards and warrant further examination in discovery.

## IV. Plaintiff's Requested Relief is Justified

Plaintiff's requested relief directly corresponds to the harm caused, including:

- Financial damage resulting from unauthorized transactions.
- Emotional distress and harm caused by harassment.

- Reputational, professional, and personal setbacks resulting from Defendant's actions.

Tennessee law empowers courts to tailor damages to address harm experienced by Plaintiffs.

### V. Leniency for Pro Se Litigants and Request for Amendment

As a pro se litigant, Plaintiff respectfully invokes the principle of leniency afforded to self-represented individuals in Tennessee courts. Plaintiff also requests leave to amend the Complaint under **Tennessee Rule of Civil Procedure 15.01**, should the Court identify any deficiencies, to ensure justice is served.

### Conclusion

For these reasons, Plaintiff respectfully requests that this Honorable Court deny Defendant Navy Federal Credit Union's Motion to Dismiss, allowing the case to proceed to discovery.

Respectfully submitted,

Dr. Regina Jordan-Sodiq
1757 Autumnwood Blvd. Clarksville, TN 37042
**Pro Se Plaintiff**

## CERTIFICATE OF SERVICE

I, Dr. Regina Jordan-Sodiq, hereby certify that on this 13th day of March, 2025, a true and correct copy of the foregoing **Plaintiff's Response to Defendant Navy Federal Credit Union's Motion to Dismiss** was served via e-mail and/or U.S. Mail, first-class postage pre-paid, upon:

**Katherine R. Rogers** Burr & Forman LLP 222 2nd Avenue South, Suite 2000 Nashville, TN 37201 krogers@burr.com

**Angela Beasley** Legal Practice Assistant Burr & Forman LLP 222 2nd Avenue South, Suite 2000 Nashville, TN 37201 abeasley@burr.com

Signature:

Dr. Regina Jordan-Sodiq, Pro Se Plaintiff

March 13, 2025

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee at N

| | |
|---|---|
| Dr. Regina Jordan-Sodiq, | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 3:25-cv-00288 Judge Eli Richardson |
| State of Tennessee, et.al., and Navy Federal Credit Union | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Corporation Service Company (Registered Agent)
Navy Federal Credit Union
265 Brookview Centre Way
Suite 203
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 4 2025

*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:25-cv-00288 Judge Eli Richardson

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I mailed USPS Confirmation receipt and email. To the Attorney and Registered Agent

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/17/25

_____
Server's signature

Relina Jordan-Sodiq
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: