IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DR. REGINA JORDAN-SODIQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00288 |
| ) | Judge Eli Richardson |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DESCRIPTION OF EXHIBIT

Comes now Regions Bank and hereby gives notice of the description of Exhibit 1 to Docket Entry No. 55 titled Regions Bank's Memorandum Reply in Support of Motion to Dismiss as follows:

Exhibit 1 – Plaintiff's Service Information for Regions.

Respectfully submitted,

By: /s/ *Bo Murphy*
John H. Dollarhide (BPR #40041)
Bo Murphy (BPR #34367)
BUTLER SNOW LLP
1320 Adams Street, Suite 1400
Nashville, Tennessee 37208
(T) 615-651-6700
(F) 615-651-6701
(e) john.dollarhide@butlersnow.com
(e) bo.murphy@butlersnow.com

*Attorneys for Regions Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2025, a copy of the foregoing Notice of Description has been filed with the Court and sent via U.S. Mail, postage prepaid, to:

    Dr. Regina Jordan-Sodiq
    1757 Autumnwood Blvd.
    Clarksville, TN 37042
    *Pro Se Plaintiff*

    */s/ Bo Murphy*
    Bo Murphy