# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regina Jordan-Sodiq,  )  Case No.: 3:25-cv-00288
**Plaintiff**  )  Judge Eli Richardson Jury Demand
  )
v.  )

State of Tennessee et. al.,  )
Defendants and  )
Waste Management, **Defendant** )

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

AND REQUEST FOR DISCLOSURE OF HEARING DATE & REGISTERED AGENT INFORMATION**

**COMES NOW** Plaintiff, Dr. Regina Jordan-Sodiq, and **respectfully submits** this Opposition to Defendant's Motion to Dismiss, challenging Defendant's attempt to evade proper litigation through jurisdictional objections and procedural delays.

### I. Procedural Deficiencies

Plaintiff states the following in support of this opposition:

1. **Failure to Notify of Hearing Date:** Defendant has filed a Motion to Dismiss but has not provided proper notification of the scheduled hearing date, **impeding Plaintiff's ability to submit a timely response**.
2. **Obstruction of Service:** Plaintiff has made **diligent efforts** to ascertain the registered agent's correct address for service; however, Defendant has failed to disclose definitive information, thereby **hindering proper legal procedure**.
3. **Lack of Transparency in Litigation:** Defendant's failure to disclose essential procedural details **constitutes undue delay**, potentially violating **principles of fairness and due process**.

### II. Defendant's Business Presence Establishes Jurisdiction

Defendant's business operations and contractual agreements **unequivocally establish personal jurisdiction** within this venue:

1. **Ongoing Business Transactions:** Waste Connections of Tennessee, Inc. provides **commercial waste collection services** to Plaintiff and other residents within this jurisdiction (*See Exhibit A – Utility Bill*).
2. **Financial Engagement within the Forum:** Defendant directly receives payments from Plaintiff for services rendered, further reinforcing the legal nexus necessary for jurisdiction.
3. **Contradiction in Defendant's Claim:** Defendant actively conducts business operations, enters contracts, and engages in financial transactions within this state, contradicting its jurisdictional objections.

## III. Defendant's Procedural Obstruction Requires Disclosure

Defendant's actions **impede judicial efficiency** and hinder Plaintiff's ability to litigate fairly:

1. Defendant has **failed to disclose the hearing date** for its Motion to Dismiss, **obstructing Plaintiff's ability to respond effectively**.
2. Defendant's **Business Entity Disclosure lacks the registered agent's full address**, preventing proper **service of process**.
3. **Pattern of Harassment:** Defendant **engaged in targeted intimidation**, including **repeated anonymous calls to Plaintiff's phone immediately before or after waste pickup services**, raising concerns of **coordinated harassment**.

## IV. Defendant's Procedural Obstruction and Harassment

Defendant's actions extend beyond procedural misconduct—they demonstrate **a clear pattern of intimidation**:

1. **Coordinated Harassment:** Defendant has engaged in **repeated anonymous phone calls** to Plaintiff immediately before or after waste pickup services.
2. **Violation of Federal Stalking Laws:** Under **18 U.S. Code § 2261A**, harassment through **surveillance, unwanted communications, and intimidation** constitutes stalking, **warranting legal intervention**.
3. **Telephone Harassment Violations:** Repeated, anonymous calls intended to **intimidate or disrupt** may violate **state and federal laws** governing telephone harassment.
4. **Conspiracy & Coordinated Intimidation:** If multiple individuals or entities have **collaborated in targeting Plaintiff**, conspiracy laws **may apply** under statutes prohibiting **organized harassment efforts**.

## V. Relief Requested

WHEREFORE, Plaintiff **respectfully requests** this Court to:

- **Deny Defendant's Motion to Dismiss**, as jurisdiction is properly established.
- **Compel** Defendant to disclose the **hearing date, time, and courtroom assignment** for its pending Motion to Dismiss.
- **Require Defendant to provide the full registered agent's address** for proper service.

- **Consider Judicial Oversight** of Defendant's harassment tactics.
- **Grant any further relief** this Court deems **just and proper**.

## VI. Defendant's Procedural Conduct Warrants Judicial Oversight

Defendant's **failure to disclose the hearing date and registered agent's address** supports the need for judicial review:

4. Defendant has obstructed Plaintiff's ability to **effectively litigate**, raising concerns about **bad-faith procedural tactics**.
5. These actions do not justify dismissal **with prejudice**—instead, they highlight a **pattern of procedural obstruction**.
6. If dismissal were ever considered, **it should be without prejudice**, allowing Plaintiff an opportunity to **correct technical concerns**.

## VII. l Relief Requested

Plaintiff **respectfully requests** this Court to:

- **Deny** Defendant's Motion to Dismiss **with prejudice**, as procedural concerns **do not warrant permanent dismissal**.
- **Uphold Plaintiff's right** to amend or correct any procedural issues rather than barring litigation.
- **Grant any further relief** this Court deems **just and equitable**.

## CERTIFICATE OF SERVICE

I hereby certify that on this **5th day of May, 2025,** a true and correct copy of **Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and Motion to Compel Disclosure of Hearing Date and Registered Agent Information,** along with accompanying exhibits, was served via **electronic filing** upon the following:

**Defendants' Counsel:** Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and Megison M. Hancock at email: mhancock@bakerdonelson.com

Pursuant to the Tennessee Rules of Civil Procedure, electronic service of this filing is deemed proper and effective.

Submitted this 5th day of May, 2025

Dr. Regina Jordan-Sodiq, Pro Se Plaintiff
1757 Autumnwood Blvd Clarksville, TN 37042

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

DR Regina Jordan-Sodiq, Plaintiff(s),

v.

State of Tennessee et.al., Defendant(s).
and Waste Management, Defendant

Case Number 3:25-CV-00288
Judge Judge Eli Richardson
Jury Demand
Magistrate Judge ___

(Type of Pleading) Plaintiff Opposition to Defendant's Motion to Dismiss

1) Exhibits: Exhibit A is the utility bill, Exhibit A-1 and Exhibit A-2

①

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Motion to Dismiss has been served on:

(Name) Kimberly S. Veirs
(Address) 214 Church Street,
(Address) Suite 3200, Nashville, TN 37203

(Name) Katherine R. Rogers
(Address) 222 Second Ave South, Suite 2000
(Address) Nashville TN 37201D

(Name) Stanley Mitchell Ross
(Address) 302 & 3rd St
(Address) Clarksville TN 37040

(Name) Jason W. Callen
(Address) K&L Gates LLP
(Address) 501 Commerce Street
Suite 1500, Nashville TN 37203

(Name) Tracey R. Knight
(Address) 303 S. 3rd Street
(Address) Clarksville TN 37040

(Name) Dr Christopher Dunn
(Address) Butler Snow LLP, Nashville Building
(Address) 1320 Adams St, Suite 1400
Nashville TN 37208

(Name) Kinch Indea Hinson
(Address) 600 Peachtree Street, NE, Suite 300
(Address) Atlanta GA 30308

(Name) John H Dollarhide
(Address) Butler Snow LLP
(Address) 150 3rd Avenue South Suite 1600
Nashville TN 37201

(Name) Cole William Schott
(Address) 3102 West End Ave Suite 1100
(Address) Nashville TN 37203

on the _____ day of _____ 20__

continue—

_____
Signature

(2)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Motion to Dismiss has been served on:

(Name) W. Scott Sims
(Address) 3102 West End Avenue, Suite 1100
(Address) Nashville, TN 37203

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

the 5th day of May, 2025

[signature]

DR [signature]
(Signature)

REGINA Jordan-Sodig
(Print Name)

1757 Autumnwood Blvd
Clarksville TN 37042
(931) 561-2546
(Address & Telephone Number, if any)

④



QUEEN CITY DISPOSAL
A WASTE CONNECTIONS COMPANY
50 N REYNOLDS ST
CLARKSVILLE TN 37040-6329
DISTRICT NO. 6034

REGINA JORDAN
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042



Exhibit A1

| | |
|---|---|
| ACCOUNT NO. | 6034-511047 |
| INVOICE NO. | 6285329W034 |
| STATEMENT DATE | 03/17/25 |
| DUE DATE | 04/05/25 |
| BILLING PERIOD | 04/01/25 - 06/30/25 |

FOR ASSISTANCE
One Time Payments  800-457-1379
Customer Service  931-552-3010

## INVOICE STATEMENT

| Date | Description | | Amount |
|---|---|---|---|
| | Service Location | Regina Jordan | |
| | Acct #511047 | 1757 Autumnwood Blvd | |
| 04/01/25 | Rl 98 Gl 1X Wk 1 | 1 Each @ $78.06 | $ 78.06 |
| | 04/01/25-06/30/25 | | |
| | Fuel & Material Surcharge | | $ 4.99 |
| | **Current Charges And Fees** | | $ 83.05 |
| | **Total Due** | | $ 83.05 |

This invoice is scheduled for automatic payment according to your instructions on our online bill pay portal at myaccount.wcicustomer.com.

*** Attention all Customers! ***

If you are trying to reach our customer service, please note that our phone number has changed. For customer service please call our main number 931-552-3010.

Payments must be received on the 5th of each month to avoid late fees and service interruptions.

Holidays: New Year's Day, Memorial Day, 4th of July, Labor Day, Thanksgiving Day, and Christmas Day.
Your waste disposal will be removed one day later on any of the above listed holidays.

Please place your trash container curbside the night before your scheduled pick up day with a minimum of 5 feet from any stationary object.

Please remit to the address below and return your remit stub with your payment.

---



QUEEN CITY DISPOSAL
A WASTE CONNECTIONS COMPANY
50 N REYNOLDS ST
CLARKSVILLE TN 37040-6329

AV 01 087179 96076H216 A**5DGT

REGINA JORDAN
1757 AUTUMNWOOD BLVD
CLARKSVILLE TN 37042-1713

| | |
|---|---|
| ACCOUNT NO. | 6034-511047 |
| INVOICE NO. | 6285329W034 |
| STATEMENT DATE | 03/17/25 |
| DUE DATE | 04/05/25 |

Do Not Pay - Auto Pay Enabled

WRITE IN AMOUNT PAID  $

☐ TO CHANGE ADDRESS
Check here and complete the information on the reverse side.

MAIL PAYMENT TO:
QUEEN CITY DISPOSAL
A WASTE CONNECTIONS COMPANY
PO BOX 535233
PITTSBURGH PA 15253-5233

6034 000000000000000X5110471 0000000830500000000000006285329 2

**Queen City Disposal - Scheduled Automatic Payment**
From: olp6034@wcnx.org
To: g4818@yahoo.com
Date: Wednesday, March 19, 2025 at 07:42 AM CDT

*Exhibit A 2*

## Message Body



**WASTE CONNECTIONS**

Hello regina JORDAN,

Your Automatic Payment for account 6034-511047 has been scheduled.

Payment Date: 03/19/2025

Payment Amount: $83.05

Payment Account: ************1695

*Automatic Payment online*

If you would like to view your invoices, please log in to MyAccount Portal.

If you have any questions or concerns, please call us at 931-552-3010.

We appreciate the opportunity to manage your waste disposal needs.

Sincerely,
Queen City Disposal Customer Care Team