IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

DR Regina Jordan-Sodiq
Plaintiff(s),

v.

Social Security et. al., and
Defendant(s).
Houston County Community Hospital
Defendant

Case Number 3:25-CV-00288

Judge Judge Eli Richardson

Magistrate Judge ~~Jury~~ Demand

Response to Defendant Houston County Hospital Motion to Dismiss
(Type of Pleading)

① Exhibit A: Standard of Operating Procedures for laboratory work shift Plaintiff was preparing example pages 1 —

② Exhibit B: Copy of My/Plaintiff Medical Technologist License Tennessee and American Medical Technologist Certification both current and in good standing

①

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Motion to Dismiss has been served on:

(Name) W. Scott Sims
(Address) 3102 West End Avenue, Suite 1100
(Address) Nashville TN 37203

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____

on the 4th day of May 2025

_____
Signature

③

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regina Jordan-Sodiq, )
**Plaintiff** )
)
v. )
)
Social Security et.al., Defendant )
Houston County Community Hospital )
**Defendant**. )

Case No.: 3:25-CV-00288
Judge Eli Richardson Jury Demand

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL DISCLOSURE OF HEARING DATE AND REGISTERED AGENT INFORMATION**

## I. INTRODUCTION

**COMES NOW** Plaintiff, **Dr. Regina Jordan-Sodiq**, respectfully opposing Defendants' **Motion to Dismiss**, and further moves this **Honorable Court** to compel Defendant **Houston County Community Hospital (HCCH)** to:

1. **Disclose the scheduled hearing date and location** for Defendant's pending **Motion to Dismiss**.
2. **Provide the correct registered agent name and full address** for **proper service of process**.
3. **Deny Defendants' Motion to Dismiss with prejudice**, as the Plaintiff has provided substantial factual allegations and legal claims warranting litigation.

## II. FACTUAL BACKGROUND

Plaintiff was employed by Defendant **Houston County Community Hospital** as a **licensed Medical Technologist**, holding **advanced certification and responsibilities exceeding those of her Caucasian coworkers, who were Medical Technicians**. Plaintiff was entrusted with **preparing for independent 12-hour night shifts**, demonstrating her commitment to professional excellence.

Despite Plaintiff's **dedication, qualifications, and demonstrated competence**, she was subjected to **discriminatory treatment**, including **disparaging remarks questioning her credentials and competence**, motivated by **bias based on race, age, and rank**. These **prejudicial remarks** were compounded by an **unjust termination**, based on **unverified accusations from biased coworkers**, rather than an **impartial performance assessment**.

4. **Retaliation and Unlawful Bias**
    - Defendants failed to uphold procedural fairness, acting upon prejudicial accusations from biased coworkers to justify Plaintiff's wrongful termination.

## VI. EVIDENCE OF COMPETENCE

Plaintiff's SOP binder serves as concrete evidence of her preparedness, diligence, and professional initiative. The binder directly refutes Defendants' allegations of incompetence and demonstrates her commitment to excellence in her role.

Additionally, Plaintiff submits her Letter of Certification, confirming her status as a licensed Medical Technologist, further establishing her qualifications and ability to perform her duties competently.

## VII. RELIEF REQUESTED

**WHEREFORE,** Plaintiff respectfully requests that this Court:

- **Compel Defendants to disclose the hearing date, time, and location** for their pending Motion to Dismiss.
- **Require Defendants to confirm the registered agent's full name and official address**, ensuring proper legal service.
- **Deny Defendants' Motion to Dismiss with prejudice**, as Plaintiff has presented **substantial factual allegations** and **legal claims warranting litigation**.
- **Grant leave to amend the Complaint as necessary**, should corrections or further clarifications be required to ensure procedural integrity.
- **Grant any further relief deemed just and equitable** to prevent procedural obstruction and ensure due process.

## CERTIFICATE OF SERVICE

I hereby certify that on this **4th day of May, 2025**, a true and correct copy of **Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and Motion to Compel Disclosure of Hearing Date and Registered Agent Information**, along with accompanying exhibits, was served via **electronic filing** upon the following:

**Defendants' Counsel:** Michael J. Banks C/O Christopher B. Fowler email: cfowler@kaygriffin.com. Kay Griffin PLLC.

Pursuant to the Tennessee Rules of Civil Procedure, electronic service of this filing is deemed proper and effective.

Submitted this 4th day of May, 2025

Dr. Regina Jordan-Sodiq , Pro Se Plaintiff
1757 Autumnwood Blvd Clarksville, TN 37042

Plaintiff proactively created a **Standard Operating Procedures (SOP) binder**, evidencing professional diligence and commitment to her role. However, shortly after her probationary period, Defendants wrongfully terminated Plaintiff, failing to provide a legitimate, nondiscriminatory basis for their decision.

## III. DEFENDANTS' FAILURE TO DISCLOSE HEARING DATE IMPEDES DUE PROCESS

1. Defendants filed a Motion to Dismiss, yet failed to disclose the scheduled hearing date, time, and location, obstructing Plaintiff's ability to prepare an adequate response.
2. Plaintiff has made multiple attempts to obtain this critical procedural information, but Defendants have refused to provide clarity, impeding procedural fairness.
3. The absence of a disclosed hearing date places Plaintiff at an unjust disadvantage, requiring judicial intervention to compel compliance.
4. Additionally, Defendant **Karen Diane Hargrove**, acting as **Laboratory Supervisor**, played a role in Plaintiff's employment-related claims and should be **recognized in this litigation**.

## IV. DEFENDANTS' FAILURE TO DISCLOSE REGISTERED AGENT INFORMATION

5. Defendant Houston County Community Hospital has failed to confirm its correct legal entity name and registered agent, obstructing Plaintiff's ability to serve process in compliance with Tennessee law.
6. Defendant's failure to provide accurate service information necessitates judicial intervention to prevent further procedural obstruction.

## V. LEGAL CLAIMS

1. **Violation of the Tennessee Human Rights Act (THRA) (Tenn. Code Ann. § 4-21-101 et seq.)**
   - Plaintiff was subjected to discrimination based on race, age, and rank, in violation of the **THRA**.
   - Disparate treatment compared to her Caucasian coworkers, coupled with hostile remarks and wrongful termination, establishes a prima facie case of discrimination.
2. **Violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.)**
   - Plaintiff's termination was **motivated by racial bias and retaliation**, violating federal employment protections.
   - Defendants' reliance on **unsubstantiated claims and failure to conduct an impartial review** constitutes unlawful discrimination.
3. **Hostile Work Environment**
   - Plaintiff was subjected to **covert workplace harassment**, including **demeaning comments** about her qualifications and professionalism.
   - The persistent pattern of discriminatory remarks created an intimidating, oppressive work environment, violating state and federal law.

*Exhibit A1*

### HEMATOLOGY @ 4am
--START UP ------------make sure get Hematology start-up Binder in cabinet
F2, Esc
Diluter Function------SECONDARY MODE ONLY
Start-up, 2X
Esc
Controls
Enter, 'control run'
F2-'Latron QC' (white bottles)—use the bottle w/ the blk top for the lot# info-(bottle #2)
F3, enter
F4, Primer (white top)
Esc
F3, control, F3 (Secondary /blk top)
F4, print---should have 3-4 pages when finished

**Run Hematology controls in PRIMARY ONLY
Abn I, Normal QC

QC Coulter Latrons in bottom cabinet
*IF retic is out of range it is ok, only concerned with DIFF MODE

### COAG
--get Coag Green Binder
--go by maintenance instructions

TEMPERATURE:
Sysmex
Temps, compare w/ book

RINSE PROBE:
Special menu
Rinse probe
Setup

*PTT and CaC1 are stable for 2 days, the others are 1 day stable
* INNOVIN only dilution that is made up

### HMX MAINTENANCE BINDER
--put in papers
Daily Latron Tab
Daily Start up Tab

### COAG REAGENTS
PTT/ACTIN/ green top bottle --2 days stable
PT/INNOVIN/orange top bottle—1 day stable
CA Clean I & II –1 day stable
CACL –2 day stable

*make new labels for cleaning agents
**COAG maintenance binder is in cabinet w/ Clinitek maintenance binder

Ex: LABELS:   INNOVIN
               O: 9-16-17
               E: 9-17-17   0430

### Chemistry
CHANGE LIGHT SENSOR:
Home screen
F4, sys prep
F3, IMT
F1, change consumables (Std A, Std B, Flush, Salt Soln, Diluent, Sensor)
F4, Diluent Check
--Dilution soln is in the fridge
--also use serum to check the sensor
--? blue

### COAG
POSTING QC
After completing Coag QC, input
QC 1
QC 2, "not 3 as it is on the bottle"
-go to red "auto" button on pending list and click on COAG "CA-600" and then input results and put "P" for 'Post'.

**Don't forget to sign QC log Book on top of machine

# DATA ENTRY INTO COMPUTER

ABN 1, Normal QC
Hematology start up Binder in cabinet
QC Coulter Latrons , are in bottom cabinet beneath hematology rocker
esc
controls
enter, control run
F2, LATRON , use the bottle with the blk top for LOT# infor (Bottle #2)
F3, enter
F4, primer, white top do first control
F4 , print
esc, F3, control @ (secondary blk top) F3
F4, print, should have 4 papers when finished
* if retic is out of range it is ok, diff mode is ok,

Exhibit A-2

Change Hematology slide box/ file slides in cabinet &pull out and dump slides from previous week

**Hematology Path Reviews are to be copied and one copy placed in Pathologist book for review

Run Start-up on HMX, F2"Dilution", enter

Perform Daily Maintenance per Binder-Latron Primer, Latron QC—Run in SECONDARY MODE

File HMX Start up and Latron printouts in HMX Maintenance Binder— 3--4 pages

0400-0500

Run Hematology QC (Normal & Abnormal I)—primary side only

COAG—Refresh Coag reagents as needed and perform daily maintenance listed in Coag Binder

SUNDAY ONLY--clean COAG w/ Reagent Alcohol (located in yellow cabinet in blood bank), then refill DI water

SUNDAY night AND MONDAY morning—Run Coag QC, once reconstituted only good for 16 hours, and must be ran every 8 hours

0500

Make sure you've signed off all daily maintenance binders/clipboards and put in QC results into the computer—HMX,UA,CHEM,COAG (sun and mon)

Begin Morning Draws and Glucometer sticks

* Replace sheets at end of month and highlight weekly maintenance in Coag and UA Book

*wipe counters

refill-stock phlebotomy trays and work stations

# DATA ENTRY INTO COMPUTER

## HOW TO RECEIVE ORDERS
go to pending lists
high light patient
modify options
click on receive /collect specimen orders

## HOW TO ORDER TESTS
enter account #  ex: #100045-----   *if phlebotomy not done here, then put
order entry laboratory               "." and tech initials and date/time
choose tests                         specimen collected
collect  date/time
recv date/time
verify w/ labels

Exhibit A4

## HOW TO INPUT RESULTS AFTER DOING A TEST
click on order entry
go to worksheet screen
ex:       MONO-    lot#
                   exp date
          Pos-     Line
          Neg-     Clear background
          Pt results

## HOW TO INPUT DIFFERENT RESULTS FROM SAME TEST
ex: Hema--department specific
    click laboratory
    CBC of patient
    "for indication"  of diff
    #2, enter
    "enter"   diff results
    click enter
    RED cell review
    "normal " or "abnormal"
                        #2
                        enter results
                        Complete

ANOTHER WAY:
pt # ex: 1004----
ALL orders
laboratory
click on unverifies

# DATA ENTRY INTO COMPUTER

CHEM
F3 load list
then exit
Put QC results in EXL Maintenance Book, read off of slip, the things to put into book are at top that match the CHEM PRINT OUT, just follow the print out and compare to top of page in book

TEMP:
the laboratory temperature book has the number of the thermometer to read, and the number is listed on the thermometer too.

INPUT chem QC
*short limited cups in blk/brwn rack on computer attached paper
*MAS QC ( all QC is listed on the computer paper slip w/ # to put into the computer)
*CARDIAC QC, HGB A1C QC
ex: QC1: 9119071
QC3: 9119073
P9 will get all tests for 'MAS QC'

F1 , enter data
position, ex: N1
sample #, ex: Hgb A1c QC
          QC1 9933921
enter, enter
HB!C (alt + HB!C)
F7, mode, limited cup no level sense
F4, priority
F8, Fluid (QC1)
F3, load list
exit
F4, run, (or green button)

(ALT + hot keys)
When QC is out , hit   edit run
                          process single
                          run

Hematology @4am    do: Abnormal   1 and Normal
F2, esc
diuter function
start-up ,2x

Exhibit A5

# DATA ENTRY INTO COMPUTER

Chemistry:
system prep
system counter
change diapras
save info
Load film F1
Tension F2
Calibrations print out folder is on top of fridge

TUBE RACK:
regular barcoded tubes in blk /green holders
short specimen cup in tube : orange/yellow w/ green holder
QC and Calibrators use short cup curvette:
blk w/brown holders; just put them in and change computer to QC "limited cup"

Exhibit A6

LOAD AND RUN SAMPLES:
place in blk/green rack
hit "run" (green button)
F1, to get to manual input screen
keep doing "sample status"/F5 until see time tests have left

LOAD AND RUN QC
manual input 'short sample/limited cup'

Glucometer
after stick then remember to collect and recive the specimen result before inputing results and completeing

MILIPORE
daily maintenance: press aroow once to 'wake up ' then hold down until says "DI", push the check, then the arrow to move through to D1, D2,D3,D4,D5,D6, then push the menu button for the main screen

BINDERS
Glucometer QC
Temps
Gather all results , slips put in folder
Gather all tubes, put in fridge and dump the 'next day'
Set out urine QC to get room temp/not really necessary

URINE QC
qc test due
qc strip test

in computer:
Dept specific
QC data management reports
By control
"UR", then chose UR1 or UR2
enter, enter, RDJ (all caps)
put in results
POST

Exhibit B

TENNESSEE DEPARTMENT OF HEALTH
DIVISION OF HEALTH RELATED BOARDS
SEE BACK FOR ADDITIONAL INFORMATION
EXPIRATION DATE: 10/31/2025
LICENSE NO.: ML 0000024348
RENEWAL NO.: 524282
THIS IS TO CERTIFY THAT:
REGINA D JORDAN M.SC.BIOTECH
IS A DULY LICENSED
MEDICAL LAB PROFESSIONAL
IN THE STATE OF TENNESSEE AS REQUIRED BY THE TENNESSEE CODE ANNOTATED.
COMMISSIONER OF HEALTH — SIGNATURE

AMT CERTIFIED MEMBER
The following individual is a certified member in good standing with American Medical Technologists

AMT ID: 211377
MLS: Certified 11/01/2023 - 11/01/2026
Active Member through 11/01/2024
Regina D Jordan
1757 Autumnwood Blvd
Clarksville, TN 37042