UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. REGINA JORDAN-SODIQ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action Number 3:25-CV-00288 ) District Judge Eli Richardson ) Jury Demand |
| STATE OF TENNESSEE, *et al.*, | ) ) |
| Defendants. | ) ) |

### DEFENDANT FIFTH THIRD BANK'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendant Fifth Third Bank, National Association ("Fifth Third" or "Defendant") files this Response to Plaintiff Regina Jordan-Sodiq's ("Plaintiff") Motion to Compel Disclosure of Hearing Date ("Motion to Compel"). [ECF 69]. Plaintiff's Motion to Compel should be denied, as there is no basis under the Federal Rules of Civil Procedure for compelling disclosure of a hearing date or Fifth Third's registered agent information. Although Fed. R. Civ. P. 37(a)(1) authorizes motions to compel with respect to discovery responses, which here would be premature because no discovery has been authorized or issued, there is no similar basis for compelling disclosure for such information. The Motion to Compel is further premature as Fifth Third has a Motion to Dismiss pending, which it expects to be dispositive of this case. Plaintiff has also not attempted to confer with defense counsel in good faith to resolve the matters set forth in the Motion to Compel. For this reason, as provided in Local Rule 37.01(a), the Motion to Compel should be denied. *See, e.g., Lancer Ins. Co. v. Liu*, No. 3:23-CV-00010, 2024 WL 1076814, at *3 (M.D. Tenn. Feb. 8, 2024) (denying *pro se* plaintiff's motion to compel for failure to confer in good faith). But, even if Plaintiff had, defense counsel would have advised that the Motion to Compel was premature and without merit—saving the parties and Court from the time associated with this unnecessary

exercise. Moreover, Plaintiff's request is improperly directed to Fifth Third, as this Court has the discretionary authority to set hearing dates on dispositive motions. *See* Local Rule 78.01. Finally, Plaintiff's request to compel disclosure of Fifth Third's registered agent's information is misplaced, because such information is publicly available. Therefore, Fifth Third requests Plaintiff's Motion to Compel is denied, and for any relief that this Court deems just, equitable, and proper.

Respectfully submitted this 19th day of May, 2025.

/s/ *Katherine R. Rogers*
Katherine R. Rogers (TN BPR No. 039382)
Burr & Forman, LLP
222 2nd Avenue South, Suite 2000
Nashville, TN 37201
615-724-3200 (office)
615-724-3290 (fax)
krogers@burr.com

*Attorney for Fifth Third Bank, National Association*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2025 a true and correct copy of the foregoing has been served via the Court's CM/ECF System, e-mail and/or U.S. Mail, first-class postage pre-paid upon:

| | |
|---|---|
| Dr. Regina Jordan-Sodiq<br>1757 Autumnwood Blvd.<br>Clarksville, TN 37402<br>G4818@yahoo.com | Kimberly S. Veirs<br>U. S. Attorney's Office (Nashville)<br>Middle District of Tennessee<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>kimberly.veirs@usdoj.gov |
| Jason W. Callen<br>K&L Gates LLP<br>501 Commerce Street, Suite 1500<br>Nashville, TN 37203<br>jason.callen@klgates.com | Bo Christopher Murphy<br>Butler Snow LLP (Nashville Office)<br>Neuhoff Building<br>1320 Adams Street, Suite 1400<br>Nashville, TN 37208<br>bo.murphy@butlersnow.com |
| John H. Dollarhide<br>Butler Snow LLP<br>150 3rd Avenue S., Suite 1600<br>Nashville, TN 37201<br>john.dollarhide@butlersnow.com | Noah Jordan Mason<br>Troutman Pepper Locke LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>noah.mason@troutman.com |

Cole William Schott
W. Scott Sims
Sims Funk, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
cschott@simsfunk.com

Stanley Mitchell Ross
Tracy P. Knight
Mitchell Ross Rocconi, PLLC
308 S. 2nd Street
Clarksville, TN 37040
tpknight@mrrmlaw.com

Christopher B. Fowler
Kay Griffin, PLLC
222 Second Ave. North, Ste 340-M
Nashville, TN 37201
chris.fowler@kaygriffin.com

                                */s/ Katherine R. Rogers*