IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regina Jordan-Sodiq
Plaintiff(s),

v.

PennyMac Loan Services, LLC
Defendant(s).

Case Number 3:25-CV-00288

Judge Judge Eli Richardson

Magistrate Judge _____

Response to Defendant PennyMac Motion to Dismiss
(Type of Pleading)

Exhibit A: Judge Joel Wallace Order dated 5/30/25 denying Plaintiff Dr. Regina Jordan-Sodiq following reasons: ① There is NO indication in the file that the complaint has been served ② The court has informed Plaintiff that USPS Priority Mail is NOT a proper avenue to enact service of process on a party ③ Even assuming for the purpose of argument that USPS Priority Mail is proper and service of process has been enacted, that the Defendant in the case would have 30 days to respond based on the filing of the complaint, which has not yet past submitted 05/06/2025

Exhibit B: CFPB complaint # 250506-20591668

①

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Defendant PennyMac Motion to Dismiss has been served on:

(Name) Kimberly S. Veirs
(Address) 214 Church Street,
(Address) Suite 3200, Nashville TN 37203

(Name) Katherine R. Rogers
(Address) Lewis, Freeman, Cyt
(Address) 222 Second Ave South, Suite 2000
Nashville TN 37201D

(Name) Stanley Mitchell Ross
(Address) 308 ₫ 3rd St
(Address) Clarksville TN 37040

(Name) Jason W. Callen
(Address) K&L Gates LLP,
(Address) 501 Commerce Street
Suite 1500, Nashville TN 37203

(Name) Tracey P. Knight
(Address) 303 S. 2nd Street
(Address) Clarksville TN 37040

(Name) D. Christopher Manning
(Address) Butler Snow LLP Methodist Building
(Address) 1320 Adams St, Suite 1400
Nashville TN 37208

(Name) Kinah Jordan Pinson
(Address) 600 Peachtree Street, NE, Suite 3000
(Address) Atlanta GA 30308

(Name) John H Dollarhide
(Address) Butler Snow LLC
(Address) 150 3rd Avenue South Suite 1600
Nashville TN 37201

(Name) Cole William Schott
(Address) 3102 West End Ave, Suite 1100
(Address) Nashville TN 37203

on the _____ day of _____ 2025

continue (2)

Signature

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Defendant PennyMac Motion to Dismiss has been served on:

(Name) N. Scott Sims
(Address) 3102 West End Avenue, Suite 1100
(Address) Nashville TN 37203

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____

on the 15th day of June 2025

Dr. Regina Jordan-Sacks
Signature

(3)

_____
(Signature) Dr. Regina Jordan-Rodig

Dr. Regina Jordan-Rodig
(Print Name)

1757 Autumnwood Blvd
Clarksville TN 37042
(931) 561-2546
(Address & Telephone Number, if any)

4

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, TENNESSEE
AT CLARKSVILLE

DR. REGINA JORDAN SODIQ, )
    Plaintiff, )
)    Docket No. CC 25 CV 862
v. )
)
PENNYMAC LOAN SERVICES, LLC, )
    Defendant, )



## ORDER

This matter was before the court on May 30, 2025. Dr. Regina Jordan Sodiq, *pro se*, was present and the Court reviewed the file. Any relief Dr. Regina Jordan Sodiq seeks today is respectfully denied for the following reasons:

1.    There is no indication in the file that the complaint has been served.

2.    The court has informed Plaintiff that USPS Priority Mail is not a proper avenue to enact service of process on a party.

3.    Even assuming for the purposes of argument that USPS Priority Mail is proper and service of process has been enacted, that the Defendant in the case would have 30 days to respond based on the filing of the Complaint, which has not yet passed.

SO ORDERED this 30 day of May, 2025.

_____
Joel Wallace, Judge

Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order has been forwarded, via U.S. mail, postage prepaid to Dr. Regina Jordan Sodiq, 1757 Autumnwood Blvd, Clarksville, TN 37042, and PennyMac Loan Services, LLC, Registered Agent CT Corporation System, 300 Montvue Rd, Knoxville, TN 37919, on this the 30 day of May, 2025.

_____
Wendy Davis, Circuit Court Clerk

**Thank you for providing feedback!**
From: CFPB (noreply-notice@cfpb.gov)
To: g4818@yahoo.com
Date: Sunday, May 25, 2025 at 04:25 PM CDT

**Message Body**

(855) 411-2372
consumerfinance.gov

## Thank you for providing feedback!

Thank you for providing feedback on the company's response to your complaint. We've noted your feedback.

**COMPLAINT ID**

250506-20591668

**SUBMITTED ON**

05/06/2025

**PRODUCT**

Mortgage

**ISSUE**

Struggling to pay mortgage



Exhibit B