IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Dr. Regina Jordan-Sodiq
Plaintiff(s),

v.

PennyMac Loan Services LLC
Defendant(s).

Case Number 3:25-CV-00288

Judge Judge El. Richardson

Magistrate Judge _____

**Response to Defendant PennyMac Motion to Dismiss**
(Type of Pleading)

Exhibit A: Case Hearings Case No: 63CC1-2025-CV-862 pw received @ Montgomery Court 6/16/25 stating hearing date/time 7/18/2025 at 9:00 am Wallace Joel

Exhibit B: Case No: CC-25-CV-862 Motion to Preserve and Produce Courthouse Security Camera Footage and courthouse Hearing Transcripts for May 30th, 2025 dated 6/17/2025

Exhibit C: Case No: CC-25-CV-862 Motion to vacate Hearing set for July 18, 2025 and to Deny Defendant Motion to Dismiss with Prejudice dated 6/17/2025

Exhibit D: Motion to Strike Defendant's untimely Motion to Dismiss and to vacate Hearing date set in violation of rule 6.04 and due process dated 6/17/2025

(1)

Exhibit E: Email from Jenny Parker to Dr. Rayna Jordan-Sadiq Re: Notice of Hearing For Motions dated 6/17/2025

Exhibit F: Iustitia Just-US youtube Channel commentary Post Re: TN Rule of Civil Procedure 6.04

Exhibit G: AI assistant information stating "at least 5 Full Day's Notice" before hearing

Exhibit H: Case CC: 25-CV-862 Objection to Defendant's Motion For Extension of Time dated June 16th 2025

Exhibit I: Case CC: 25-CV-862 Motion to Vacate Ruling entered to Expiration of Defendant's Response Deadline dated June 16th 2025

Exhibit J: Case CC-25-CV-862 Motion For Default Judgement dated June 16, 2025

Attachements For Exhibit J:
- USPS confirmation delivery #9410830109355004 15236 mailed to CT Corporations System, PennyMac Loan Service LLC's listed Registered agent delivery date 5/16/2025
- USPS confirmation order # 58DCA66A-4EDF-4707-8060-9115A02CB7FS

(2)

Continue Attachments For Exhibit J:
- Label USPS to CT corporation System Registered Agent No# 9410 8301 09 35 5004 3130-38
- Copy of Printed label on envelope sent to CT Corporation System
- Exhibit K: Case No: CC-25-CV-862 Defendant PennyMac Loan Services, LLC's Motion to Dismiss Plaintiff Verified Complaint and Motion For Relief and Memorandum of Law in Support There Of dated 6/13/2025 1st Page ONLY
- Exhibit L: Copy of Label TRK#0201 8820 1634 5200 on Envelope sent dated June 16th 2025 5pm From Troutman Pepper Locke

(3)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Response to Defendant Motion to Dismiss has been served on:

(Name) Kimberly S. Veirs
(Address) 214 Church Street,
(Address) Suite 3200, Nashville, TN 37203

(Name) Katherine R. Rogers
(Address) Lewis Freeman, PLC
(Address) 222 Second Ave South, Suite 2000
Nashville, TN 37201

(Name) Stanley Mitchell Ross
(Address) 309 S 3rd St
(Address) Clarksville TN 37040

(Name) Jason W. Callon
(Address) K&L Gates LLP
(Address) 501 Commerce Street
Suite 1500, Nashville, TN 37203

(Name) Tracey P. Knight
(Address) 308 S. 2nd Street
(Address) Clarksville, TN 37040

(Name) Dr Christopher Murphy
(Address) Butler Snow LLP Methodist Building
(Address) 1320 Adams St, Suite 1400
Nashville, TN 37208

(Name) Kinan Jordan Binson
(Address) 600 Peachtree Street, NE, Suite 3000
(Address) Atlanta GA 30308

(Name) John H. Dollarhide
(Address) Butler Snow LLP
(Address) 150 3rd Avenue South, Suite 1600
Nashville TN 37201

(Name) Cole William Schott
(Address) 3102 West End Ave, Suite 1100
(Address) Nashville TN 37203

on the 18th day of June 2025

continue—

_____
Signature

(4)

## CERTIFICATE OF SERVICE — Response to Defendant Motion to Dismiss

The undersigned hereby certifies that the (pleading) Motion to Dismiss has been served on:

(Name) N. Scott Sims
(Address) 3102 West End Avenue, Suite 1100
(Address) Nashville, TN 37203

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

on the 18th day of June 2025

_Signature_

⑤

Dr. Regina Jordan-Rodig
(Signature)

Dr. REGiNA Jordan-Rodig
(Print Name)

1757 Autumnwood Blvd
Clarksville TN 37042
(931) 561-2546
(Address & Telephone Number, if any)